**RUTHERFORD & CHRISTIE** LLP
NEW YORK   ATLANTA

December 17, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   DEC 20 2012   ★

LONG ISLAND OFFICE

**VIA FACSIMILE (631) 712-5705**

Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11201

    Re:    *Sanchez v. Talley, et al.*
           Docket No.  :  11-CV-4637 (LDW)(GRB)
           Our File No.  :  5001.233

Dear Judge Brown:

    We represent the defendants, George Talley, Brentwood Union Free School District, the Board of Education of the Brentwood Union Free School District, and Joseph Bond, in the above-referenced matter. Pursuant to your Honor's directives at the November 29, 2012 settlement conference, we are writing on behalf of all parties to advise of the status of settlement negotiations.

    The parties have reached settlements in the above-referenced case and the two related cases, *Scimeca v. Talley, et al.*, 12-CV-2968 (DRH)(AKT) and *Econs v. Talley, et al.*, 12-CV-2967 (ADS)(ARJ). We in the process of coordinating the execution of the necessary settlement documents. Stipulations of Discontinuance in each case will be filed shortly.

369 LEXINGTON AVENUE
8TH FLOOR
NEW YORK, NY 10017-5947

T: (212) 599-5799 | F: (212) 599-5162
www.RUTHERFORDCHRISTIE.COM

We greatly appreciate your assistance with this matter.

Case Cv-12-2967(ADS) is Closed subject to the terms of the Settlement agreement.

Respectfully submitted,

RUTHERFORD & CHRISTIE, LLP

By: *Caroline B. Lineen*
Lewis R. Silverman (LS 9723)
Caroline B. Lineen (CL 0630)
Attorneys for Defendants
369 Lexington Avenue, 8th Floor
New York, New York 10017
(212) 599-5799

cc: RAYMOND G. KEENAN
Attorney for Plaintiff
233 Grand Avenue
Shirley, New York 11967
(631) 603-9752
*Via Electronic Mail*

/s/ Arthur D. Spatt

U.S.D.J., 12/20/12

RUTHERFORD & CHRISTIE LLP